# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

Terry Caldwell,

      Plaintiff,                 Civil No. 10-56 (RHK/FLN)

vs.                           **DISQUALIFICATION AND**
                               **ORDER FOR REASSIGNMENT**

Warden John King,

      Defendant.

      The above-entitled matter has been assigned to the undersigned, a Judge of the above Court. Pursuant to Title 28, United States Code § 455, the undersigned recuses himself from hearing this matter. Accordingly,

      **IT IS HEREBY ORDERED,** that pursuant to this Court's Assignment of Cases Order dated December 1, 2008, the above-captioned action shall be resubmitted to the Clerk of Court for reassignment.

      **IT IS FURTHER ORDERED,** that a copy of this Order shall be filed in the above-captioned case.

Dated: January 11, 2010

                                               s/Richard H. Kyle
                                               RICHARD H. KYLE
                                               United States District Judge